IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MICHAEL D. VAUGHN ) | |
| ) | |
| BANK OF AMERICA, N.A., SUCCESSOR BY ) | |
| MERGER TO BAC HOME LOANS SERVICING, LP, ) | |
|       Creditor, ) | |
| ) | |
|   vs. ) | CASE NO. 07B15978 |
| ) | JUDGE BRUCE W. BLACK |
| MICHAEL D. VAUGHN, ) | |
|       Debtor ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 22, 2011.

    a. Attorney's fees                                                       $250.00

    b. Payments (3/11 – 7/11 : 5 @ $1,966.44)     $9,832.20

    c. Property Inspection                                         $141.00

    d. Escrow Shortage                                           $2,525.99

    Total                                                                       $12,749.19

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088